AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JESSICA MARIE WATKINS

Defendant

Case No. 3:21-mj-23

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Jessica Marie Watkins,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2) (Violent Entry or Disorderly Conduct)
18 U.S.C. § 1512(c)(2) (Obstruction of an Official Proceeding)

Date: 01/16/2021

2021.01.16
15:16:28 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 1-16-2021, and the person was arrested on (date) 1-18-2021
at (city and state) Urbana, Ohio.

Date: 1-18-2021

SA Justin T. Eller  Justin T. Eller
*Arresting officer's signature*

Special Agent Justin T. Eller
*Printed name and title*

FILED
RICHARD W. NAGEL
CLERK OF COURT

2/19/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON